## Commonwealth *v.* Wright, Appellant.

Submitted September 12, 1972. *Neil Carver,* for appellant; *Charles D. Milstein* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District

Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.